IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENTINEL GLOBAL PRODUCT SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HYDROFARM, INC. ET AL, <br><br> Defendant. _____/ | No. C -13-05432(EDL) <br><br> **ORDER TO SHOW CAUSE** |

On August 23, 2013, Plaintiff filed suit against Defendants in the Superior Court of Sonoma County. Defendants removed the case on the basis of federal question jurisdiction. On December 10, 2013, Plaintiff filed an amended complaint that alleged stated law claims only, and on January 7, 2014, Plaintiff asked this Court to sua sponte remand the case.

Given the absence of any federal claims in the amended complaint, the Court orders Defendants to show cause by January 28, 2014, why the Court should not remand this case. Plaintiff is to file any reply by February 4, 2014. The Court will notify the parties if a hearing is necessary. The Court reminds the parties that they are to file a consent or declination to proceed before a magistrate judge; without consent from all parties, the Court cannot itself remand the case. (Dkt. 6, 9.)

**IT IS SO ORDERED.**

Dated: 1/14/14

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge