1

2

3

4

5

6

7

**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

SENTINEL GLOBAL PRODUCT                        No. C -13-05432(EDL)
SOLUTIONS, INC.,

9                                              **ORDER REMANDING CASE**

           Plaintiff,

10

      v.

11

  HYDROFARM, INC.  ET AL,

12

           Defendants.

13 _____/

14

15          On August 23, 2013, Plaintiff filed suit against Defendants in the Superior Court of Sonoma

16 County.  Defendants removed the case on the basis of federal question jurisdiction.  Plaintiff then

17 filed an amended complaint that alleged stated law claims only and asked this Court to sua sponte

18 remand the case.  The Court ordered Defendants to show cause by January 28, 2014, why the Court

should not remand the case.  Defendants did not respond to the Court's order.

19          When considering whether to retain supplemental jurisdiction, courts consider "economy,

20 convenience, fairness, and comity."  Acri v. Varian Assocs., 114 F.3d 999, 1001 (9th Cir. 1997).  "In

21 the usual case in which all federal-law claims are eliminated before trial, the balance of factors to be

22 considered under the pendent jurisdiction doctrine – judicial economy, convenience, fairness, and

23 comity – will point toward declining to exercise jurisdiction over the remaining state-law claims."

24 Sanford v. MemberWorks, Inc., 625 F.3d 550, 561 (9th Cir. 2010) (quoting Carnegie-Mellon Univ.

25 v. Cohill, 484 U.S. 343, 350 n.7 (1988)).  Given the procedural posture of this case, these factors all

26 weigh in favor of remand.   The Court therefore remands this case to the Superior Court of Sonoma

27 County.  The Court notes that the parties have stipulated that each Defendant shall have thirty days

28 from the date of this order to respond to the first amended complaint.

**IT IS SO ORDERED.**

United States District Court
For the Northern District of California

1

2

3   Dated: February 11, 2014

4

5

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge